**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Sacred Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Sacred Leaf, L.L.C., <br><br> Defendant. | Civil Action No.: 1:19-cv-01939 <br><br><br> JURY TRIAL DEMANDED |

**Plaintiff Sacred Holdings, Inc.'s Certificate of Compliance with the Procedures for
Voluntary Mediation Program for Lanham Act Cases**

Pursuant to the Procedures for the Voluntary Mediation Program for Lanham Act Cases for the U.S. District Court for the Northern District of Illinois, and Local Rule 16.3(b), the undersigned hereby certifies that copies of the Lanham Act Mediation Program Materials (Dkt. No. 6) have been provided to Plaintiff Sacred Holdings, Inc. and to counsel for Defendant Sacred Leaf, L.L.C. Specifically, Plaintiff's counsel provided a copy to Defendant's counsel via electronic mail on April 11, 2019.

Dated: April 11, 2019

Respectfully submitted,

By: /s/ Jeffrey Kuo
One of the Attorneys for Sacred Holdings, Inc.
Marcus Stephen Harris – ARDC No. 6269909
Jeffrey Kuo – ARDC No. 6324204
TAFT STETTINIUS & HOLLISTER LLP
*Attorneys for Sacred Holdings, Inc.*
111 East Wacker, Suite 2800
Chicago, IL 60601
(312) 840-4320
mharris@taftlaw.com
jkuo@taftlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 11, 2019, a true and correct copy of this document was served on

Defendant's counsel via electronic mail at the following address:

Mark Emert – memert@fed-firm.com

/s/ Jeffrey Kuo
Jeffrey Kuo
