AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Sacred Holdings, Inc.

V.

Sacred Leaf, L.L.C.

CASE NUMBER: 1:19-cv-01939

ASSIGNED JUDGE: Rebecca R. Pallmeyer

DESIGNATED MAGISTRATE JUDGE: M. David Weisman

TO: (Name and address of Defendant)

Sacred Leaf, L.L.C.
c/o Registered Agent: Trevor Burdett
1611 SW 28th Terrace
Topeka, KS 66611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marcus S. Harris
Taft Stettinius & Hollister LLP
111 East Wacker, Suite 2800
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

March 25, 2019

(B_____) DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

  Executed on _____    _____
                    *Date*                          *Signature of Server*

                                         _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**Sacred Holdings, Inc.,**

    Plaintiff(s),

vs.

**Sacred Leaf, L.L.C.,**

    Defendant(s).

Case No.: 1:19 CV 1939

**AFFIDAVIT OF SERVICE**

I, __AJ JENSEN__, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within Summons in a Civil Case; Complaint to Sacred Leaf, L.L.C. c/o Registered Agent: Trevor Burdett, located at 1611 SW 28th Terrace, Topeka, KS 66611 resulting in the following:

[✓] **AUTHORIZED SERVICE:** By leaving a copy of the Summons in a Civil Case; Complaint with:

NAME __Trevor Burdett__

TITLE __Authorized Agent__ an individual of the company willing and able to accept on behalf of the entity/respondent/witness on:

the __19__ day of __April__, 20__19__ at __11 15__ A.M

[ ] **NON-SERVICE** for the following reasons with the DATE and TIME of each attempt listed along with a description of the attempt (attach a separate sheet if needed):

__/__/____ @ _____

__/__/____ @ _____

__/__/____ @ _____

A description of person with whom the documents were left is as follows:

Sex: __M__ Race: __White__ Approx. Age: __36__ Height: __6'6"__ Weight: __300-350__ Hair: __BROWN__

Noticeable Features/Notes _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this __26__ day of __April__, 20__19__.

_Notary Public_ (signature)

X __AJ Jensen 04/26/19__

__AJ JENSEN__
(Print Name)

*222428*

JORGE MUNIZ
Notary Public – State of Kansas
My Appointment Expires __3/8/2022__

Law Firm Ref #